IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN O'HAGAN, on behalf of | ) | |
| Himself and others similarly situated, | ) | 1:11-cv-5269 |
| Plaintiff, | ) | |
| | ) | Judge Zagel |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| BLUE RIBBON TAXI ASSOCIATION, INC., | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR CLERK'S DEFAULT AND TO TAKE DISCOVERY**

Plaintiff respectfully requests that this Court direct the clerk to enter default in this case, and permit plaintiff leave to take discovery regarding class certification and damages.

1. This is a Fair Credit Reporting Act, 15 U.S.C. §1681c(g) case alleging that the defendant taxi cab company provided plaintiff and others with credit card receipts that included their entire credit card numbers and expiration dates.

2. Defendant was served on August 12, 2011, Exhibit A, and has not appeared. Further, plaintiff's counsel has made repeated attempts to contact defendant directly by telephone to find out if it will be defending, and has not received a return phone call.

3. Plaintiff therefore requests that this Court enter default, and permit him to issue interrogatories, document requests and requests for admission to defendant, in order to prove his motion for class certification, and to prove up his judgment for the class.

WHEREFORE, plaintiff respectfully requests that this Court request that the clerk make an entry of default, and permit plaintiff leave to issue and pursue discovery.

                    Respectfully submitted,

                    /s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

# Exhibit A

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 08-12-2011 |
| NAME OF SERVER (PRINT) Lisa Holt | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served office manager - Alexandra Jalovec D.O.B. 05/13/1969 at Blue Ribbon Taxi Association, Inc — 4020 W. Glenlake Chicago, Illinois

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08-12-2011          *Lisa Holt*
             Date                    Signature of Server

1219 B. Cedarwood Dr. Crest hill, IL 60403
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.