**IN THE UNITED STATES DISTRICT COURT**
**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN O'HAGAN, on behalf of | ) | |
| Himself and others similarly situated, | ) | 1:11-cv-5269 |
| Plaintiff, | ) | |
| | ) | Judge Zagel |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| BLUE RIBBON TAXI ASSOCIATION, INC., | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Alexander H. Burke, hereby certify that I sent a copy of plaintiff's **Motion for Default and for Leave to Take Discovery** the accompanying notice of motion, plus a copy of the complaint. summons and motion for class certification by email, facsimile, United States Mail and Federal Express on November 15, 2011, to the following addresses:

Blue Ribbon Tax Association, Inc.
Legal Department
4020 W. Glenlake
Chicago, IL  60646

773-508-0128 fax
info@blueribbontaxi.com

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com