# Affidavit of Process Server

| O'Hagan | vs | Blue Ribbon Taxi Assoc., Inc. | 1:11 CV 5269 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Chaundel Sammarco**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Blue Ribbon Taxi Assoc.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

■ **Summons, Class Action Complaint, Court Order and Amendment to Order dated February 23, 2012 and Plaintiff's Motion to Compel Discovery including exhibits**

by serving (NAME) **Alexandra Jelovac, manager**

at ☐ Home
☑ Business **4020 W. Glenlake, Chicago, IL**
☑ on (DATE) **February 24, 2012** at (TIME) **3:33PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☑ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Alexandra Jelovac, Manager**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____
DATE TIME DATE TIME DATE TIME
( ) _____ ,( ) _____
DATE TIME DATE TIME

**Description:**
☐ Male ☑ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☑ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☑ 21-35 Yrs. ☑ 5'-5'3" ☑ 100-130 Lbs.
☐ Brown Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
☐ Red Skin ☑ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this _____ day of __March__, 20__12__

Notary Public

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-22-2014

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS