IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN O'HAGAN, on behalf of Himself and others similarly situated, Plaintiff, | ) ) ) ) ) | 1:11-cv-5269 |
| v. | ) ) ) | Judge Zagel Magistrate Judge Ashman |
| BLUE RIBBON TAXI ASSOCIATION, INC., Defendant. | ) ) | JURY TRIAL DEMANDED |

## JOINT INITIAL STATUS REPORT

This is a FACTA/FCRA case arising out of the defendant allegedly providing credit card receipts to customers with the entire credit card number and expiration date on them. 15 U.S.C. §1681c(g). Defendant did not appear in this case until June, 2012. The class of 10,000 persons was certified based upon numbers obtained through defaulted requests for admission.

Plaintiff believes that the defaulted requests for admission will also be sufficient to prove summary judgment for willful violations of the FCRA, which would result in a minimum judgment of $1,000,000, plus attorney's fees and costs.

Defendant acknowledges that it has only recently retained counsel to appear in this matter and that orders have been entered based on defaulted requests to admit. Defendant anticipates filing appropriate motions to address this circumstance, but for purposes of the status report, defendant assures this Court that no disrespect was intended either to the Court or the Plaintiff, rather this unfortunate circumstance was the result of, inter alia, oversight and employee turnover in this small business. (Defendant is an association for taxi drivers and owners)

Defendant believes its policies and procedures were such that there was not a class wide violation of 15 U.S.C. §1681c(g). Further the parties have preliminarily discussed mutual cooperation in the exchange of data and information to facilitate an orderly process to attempt a just resolution.

Respectfully submitted,

| | |
|---|---|
| /s/Alexander H. Burke | /s/ Jerome E. Boyle |
| Alexander H. Burke | Jerome E. Boyle |
| **BURKE LAW OFFICES, LLC** | *Alvin W. Block & Associates* |
| 155 N. Michigan Ave., Suite 9020 | 33 N LaSalle St, 30th floor |
| Chicago, IL 60601 | Chicago, Illinois, 60602 |
| (312) 729-5288 | (312) 346-5656 |
| (312) 729-5289 (fax) | (312)78 block  (fax) |