IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN O'HAGAN, on behalf of | ) | |
| Himself and others similarly situated, | ) | 1:11-cv-5269 |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Rowland |
| v. | ) | (by consent) |
| | ) | |
| BLUE RIBBON TAXI ASSOCIATION, INC., | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## UNOPPOSED MOTION TO CONTINUE DATES

Plaintiff respectfully requests that the Court continue the date within which the parties may file their motion for preliminary approval of class action settlement, by two weeks. In support of this motion, plaintiff states:

1. This case is a Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* class action against defendant Blue Ribbon Taxi Association, Inc. for improperly printing credit card numbers on credit card receipts. Through two arms-length mediations, before Judge Nolan and Judge Rowland, the parties have reached a class settlement of this case.

2. Judge Rowland entered an order on December 21, 2012, setting February 22, 2013, as the due date for the parties' motion for preliminary approval. That order also set the hearing on that motion for February 28, 2013.

3. The parties have not completed the settlement papers, but are committed to finalizing them as soon as possible. Toward that end, the parties respectfully request that the Court extend the date within which the parties may file their motion for preliminary approval by two weeks, and likewise extend the date for the preliminary approval motion.

4. Plaintiff's counsel conferred with defense counsel on February 21, 2013, and defense counsel indicated that defendant did not oppose this motion.

WHEREFORE, plaintiff respectfully requests that the Court extend the deadline for the parties to file their motion for preliminary approval by two weeks.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com