**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN O'HAGAN, on behalf of himself and others similarly situated,<br>    Plaintiff, | )<br>)<br>)<br>) | 1:11-CV-5269 |
| v. | )<br>) | Magistrate Judge Rowland<br>(by consent) |
| BLUE RIBBON<br>TAXI ASSOCIATION, INC.,<br>    Defendant. | )<br>)<br>)<br>) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS SETTLEMENT**

Plaintiff respectfully requests that the Court preliminarily approve the proposed class action settlement more fully described in the accompanying Memorandum, Settlement Agreement and other attachments. In support of this motion, Plaintiff states:

1. This is a Fair Credit Reporting Act, 15 U.S.C. §1681c(g) case, which alleges that the defendant improperly provided customers with electronically printed credit card receipts with more than the last five digits of the card number and/or the expiration date printed on them. Blue Ribbon denies liability.

2. Through arms-length negotiations, assisted by the mediation efforts of the Honorable Nan Nolan and Mary M. Rowland, the parties have reached a class action settlement. The agreement generally provides a $55,000 settlement fund, and *pro rata* payment (after costs, fees and incentive award have been deducted) to class members that submit claim forms online. There is a $500 cap per claim.

3. The memorandum accompanying this motion more fully describes the settlement and the appended ancillary agreements, including the proposed class notice and draft website. A draft preliminary approval order will be submitted in advance of the April 19, 2013 hearing. The

1

memorandum also provides plaintiff's arguments in support of preliminary approval of the settlement, approval of the notice plan, and modification of the certified class definition for settlement.

WHEREFORE, the Plaintiff respectfully requests that the Court preliminarily approve the class action settlement, review and approve the proposed agreed notice plan and certify the class for settlement.

        Respectfully submitted,

        <u>Alexander H. Burke</u>

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com