**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN O'HAGAN, on behalf of | ) | |
| Himself and others similarly situated, | ) | 1:11-cv-5269 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Rowland   (by consent) |
| | ) | |
| BLUE RIBBON TAXI ASSOCIATION, INC., | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

### UNOPPOSED MOTION TO EXTEND DATES FOR FINAL APPROVAL PAPERS

Plaintiff respectfully requests that this Court permit him one additional day within which to file his papers in support of final approval of the class action settlement in this matter. In support of this motion, plaintiff states:

1.     This case concerns printing too much information on credit card receipts. 15 U.S.C. §1681c(g). With the Court's assistance, the parties have reached a class settlement. Final approval of that settlement is set for September 12, 2013.

2.     Plaintiff is pleased to report to the Court that all indications are that the notice plan went smoothly. Defendant has provided fifty affidavits demonstrating that 5,000 notices were handed out by taxi cab drivers during the claim period. Blue Ribbon did audits of its drivers, too, although the audit information has not yet been conveyed to the undersigned. There are no objections and no class member has opted out. There were six claims.

3.     The revised preliminary approval order, docket item 66, specifies that, (i) a motion for final approval; (ii) any application for award of attorneys' fees and expenses; and (iii) any application for compensation awards to the Class Representatives" be filed seven calendar days before the final approval hearing.  That date is September 5, 2013.

4.       Plaintiff's counsel requests one additional day, until Friday, September 6, 2013, within

which to file the materials in support of final approval because (a) he has not yet received a

spreadsheet from Blue Ribbon delineating dates and times of spot-checks, and (b) the extra time will

be helpful to ensure that plaintiff's submissions are otherwise correct and complete.

5.       Defendant does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that this Court permit him one additional day within

which to file his papers in support of the class action settlement in this matter.


Respectfully submitted,

/s/Alexander H. Burke


**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com